443 A.2d 370

Commonwealth v. Curry, Appellant.

Argued March 25, 1981.   Larry A. Kalikow, Assistant Public Defender, for appellant;  Rolf W. Bienk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Affirmed.

443 A.2d 370

Commonwealth v. Farris, Appellant.

Submitted November 30, 1981.   William C. Cramer, for appellant;  John R. Walker, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.